No. 03-14-00313-CR
Trial no. DAS-13-01849
KirT Allen EsthaY, AppellanT

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 21 2015

Abel Acosta, Clerk

FILED IN
URT OF CRIMINAL APPEALS

JUL 21 2015

Abel Acosta, Clerk

V.

THe State of Texas

## MoTion To Compel

To the honorable Justises of said courT:

Petitioner, KirT Allen EsthaY, Pro se. Moves the CourT of criminal appeals of texas, as follows. To order the 119Th district court of concho counTys clerk to comply with earlyer orders From the third district Court of appeals, to provide Appellant records, ordered September 22, 2014. Since the order, appellant has tried to obtain records left out of trial records. Appellant has sent in a writ of mandamus filed with the appeals court, on April 13, 2015. The clerk had a duty to follow, set out in TRaP 34.5(b) also 34.5(a) Also 34.5(e) and 34.6(h) The clerk Field to do so. The appeals court received written Verification from the clerk, that records were Provided, September 30, 2014. appellant also filed a mandamus with the trial court. Filed May 4, 2015. Denied may 7, 2015. The appeal court orded recorders to be sent to appellant. Citing; KellY V. State 436 sw. 3d 313 319-20 (Tex crim APP 2014): missing From records and needed to show wrong's in trial court 1.) Grand JurY minutes; 2) Trial transcripts, all transcripts; 3) statements of Facts,; 4) all records concerning charges from the arrest; 5.)

All arrainments at the Jail and courhouse; 6.) All witness statements; 7.) All Police records, reports at all stages of action or otherwise; Pursuant to texas rules of appellant Procedure; Rule 20.2: the dutys imposed on clerk by law; Pursuant to texas codes of criminal Procedure, Article 2.21: Appellant is not on a fishing expedition: Quoting Rector V. Johnson, 120 F 3d 551, 562 (5Th cir 1993): The appellant can and will show that the witness statements does not follow there ~~KE~~ trial testimony. Appellant will show double Jeopardy with records, and on due Process of law: Prejudiced against, to Point of being criminal. Therefore the appellant has been Prejudice agianst and once records or obtain Justice will be made clear.

See; Rule 803 (3) hearsay, Crawford V. Washington 126 s.ct 1354 (2004); and Michigan V. Bryant, 131 s.ct. 1143 (2011).

<u>PRAY</u>

Appellant, Kirt Allen Esthay, Pro SE Prays the Honorable Justises grant appellants Motion to Compel. July 8, 2015

Resptfully submitted
Kirt Allen ~~Esthay~~
Appellant, Pro se

T.D.C.J. no. 1919078
Kirt Allen Esthay

NO. 03-14-00313-CR

Kirt Allen Esthay, Appellant

V.

Trial no. DAS-13-01849

The State of Texas, Appellee

## Motion for the filing of fewer copys:

To the honorable Justises of said court:

Petitioner, Kirt Allen Esthay, Pro SE respectfully moves the court to be alowed to file fewer copys. Appellant has no way of making copys: See, TRAP 2.: for Brief

## Pray

Appellant Pray the court grant this motion:

Respectfully submitted
July 8, 2015

Kirt Allen Esthay
Kirt Allen Esthay
Appellant, Pro Se
3060 Fm. 3514
Beaumont, TX 77705-7635

## CERTIFICATE OF SERVICE
### NO. 03-14-00313-CR
### Trial no. DAS-13-01849

I Kirt Allen Esthay, APPellant Pro SE Hereby Certify that 3#three, True Copys of the above Motion was Sent to the Clerk of the court of APPeals, Third district of texas, For the State Prosecuting Attorney and the Prosecutor on the appeal. By Placing a copy in the U.S, Mail, addressed to the clerk of appeAls, at: Court of APPeals For the Third district of Texas, P.O. Box 12547, Austin, Texas 78711-2547. The Same being true for APPellants Motion For the filing of fewer copies; July 8, 2015.

ResPectfully
Kirt Allen Esthay
APPellanT, Pro SE
3060 FFM 3514
BeaumonT, TX 77705-7635

TDCS no. 1919078

# NOTICE

## INMATE NOTARY PUBLIC SERVICE

Under both Federal Law (28 U.S.C. § 1746) and State Law (V.T.C.A. Civil Practice & Remedies Code, & 132.001-132.003), inmate incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration, verification, clarification, oath, or affidavit sworn before a Notary Public. An example of an unsworn declaration is as follows:

### Unsworn Declaration

I, Offender __Kirt Allen Esthay__, TDCJ Number __1919078__ am presently incarcerated at the Mark W. Stiles Unit of the Texas Department of Criminal Justice in Jefferson County, Texas declare under penalty of perjury that the above is true and correct.

Signed on the __14.__ day of __July__, 20 __15__.

__Kirt Allen Esthay__
Printed Name

__Kirt Allen Esthay__
Signature

Date:            September 22, 2014

Case Number:   03-14-00313-CR
Trial Court No.: DAS-13-01849

Style:           Kirt Allen Esthay v. The State of Texas

---

Please be advised that the motion for access to appellate record was submitted and granted on the date noted above. The enclosed order was sent this date to the following persons:

The Honorable Billy Ray Stubblefield
Administrative Judge
Williamson County Courthouse
405 Martin Luther King, Box 2
Georgetown, TX 78626
* DELIVERED VIA E-MAIL *

The Honorable Barbara K. Hoffman
County and District Clerk
Concho County Courthouse
P. O. Box 98
Paint Rock, TX 76866
* DELIVERED VIA E-MAIL *

The Honorable George E. McCrea
District Attorney
119th Judicial District
124 W. Beauregard, Suite B
San Angelo, TX 76903
* DELIVERED VIA E-MAIL *

Mr. Garland B. Woodward
District Court Judge
112 W. Beauregard
San Angelo, TX 76903

Mr. Kirt Allen Esthay
3060 FM 3514
TDCJ #1919078
Beaumont, TX 77705

Mr. Kirk Hawkins
P. O. Box 3645
San Angelo, TX 76902
* DELIVERED VIA E-MAIL *

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00313-CR

Kirt Allen Esthay, Appellant

v.

The State of Texas, Appellee

### FROM THE DISTRICT COURT OF CONCHO COUNTY, 119TH JUDICIAL DISTRICT
### NO. DAS-13-01849, THE HONORABLE GARLAND B. WOODWARD, JUDGE PRESIDING

## O R D E R   F O R   C L E R K   T O   P R O V I D E
## A P P E L L A T E   R E C O R D   T O   A P P E L L A N T

**PER CURIAM**

Appellant Kirt Allen Esthay appeals his conviction for aggravated assault. *See* Tex. Penal Code § 22.02. Appellant's court-appointed counsel has filed a motion to withdraw supported by a brief concluding that the instant appeal is frivolous and without merit. *See Anders v. California,* 386 U.S. 738, 744 (1967). Appellant's counsel has represented to the Court that he provided copies of the motion and brief to appellant, advised appellant of his right to examine the appellate record and file a pro se response, and supplied appellant with a form motion for pro se access to the appellate record. *See Kelly v. State,* 436 S.W.3d 313, 319–20 (Tex. Crim. App. 2014). Appellant has timely filed the motion requesting access to the appellate record with this Court.

Appellant's pro se motion is granted. **We hereby direct the clerk of the trial court** to provide a copy of the reporter's record and clerk's record to appellant, and to provide written



# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

J. WOODFIN JONES, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
JEFF L. ROSE, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE

JEFFREY D. KYLE, CLERK

December 9, 2014

Mr. Kirt Allen Esthay
3060 FM 3514
TDCJ #1919078
Beaumont, TX 77705

Mr. J. Bryan Clayton
First Assistant District Attorney
119th Judicial District
124 W. Beauregard, Suite B
San Angelo, TX 76903

Mr. Kirk Hawkins
P. O. Box 3645
San Angelo, TX 76902
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    03-14-00313-CR
        Trial Court Case Number:    DAS-13-01849

Style:   Kirt Allen Esthay
       v. The State of Texas

Dear Mr. Esthay and Counsel:

    Appellant's *pro se* motions requesting production of documents, filed on November 10, 2014 and December 4, 2014, were denied by this Court on the date noted above.

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *E. Talerico*
Liz Talerico, Deputy Clerk

# Phyllis F. Lovell
## CONCHO COUNTY
## COUNTY AND DISTRICT CLERK

P. O. Box 98                                                  325/732-4322
152 N. Roberts                                               325/732-4742
Paint Rock, Texas  76866                         Fax  325/732-2040


May 8, 2015


KIRT ALLEN ESTHAY #1919078
3060 FM 3514
BEAUMONT, TEXAS 77705


RE:    DAS-13-01849      STATE OF TEXAS vs KIRK ALLEN ESTHAY
                         Aggravated Assault with Deadly Weapon - Concho County, Texas


Dear Sir:

       I have received your Complaint For: Mandamus.  It was presented to the District Judge on May 7, 2015 and it was **DENIED**.   I am enclosing a copy for you.
       You may request copies of your records at $1.00 per page.  Once the monies are received for copies, the request will be processed and copies will be forwarded to you.


I remain,

Phyllis F. Lovell
District Clerk
Concho County, Texas

KIRT ALLEN ESTHAY
TDCJ NO. 1919078
3060 F.M. 3514
Beaumont, TX 77705

PHYLLIS F. LoVELL, CLERK
CONCHO COUNTY AND DISTRICT 119TH
P.O. BOX 98
152 N. Roberts
Paint Rock, TX 76866

APPeals NO. 03-14-00313-CR
TRIAL NO. DAS-13-01849

Dear, Mrs LoVELL                    JUNE 3, 2015

Please note, inclosed the monies
for the coPies of Mr MiCHAEL CERANTES
and brother-in-Law's written statements
one Mr GUADALUPE LUNA JR. Please refer To
the rePorTer records, VoLumE 4 of 5 VoLumES
Page 8; 14-20:

RESPECTFully,
Kirt Allen Esthay

C.C.



## Phyllis F. Lovell
Concho County & District Clerk
P. O. Box 98, 152 N. Roberts
Paint Rock, Texas 76866
(325) 732-4322 - Fax (325) 732-2040

July 1, 2015

Kirt Allen Esthay #1919078
3060 FM 3514
Beaumont, Texas 77705

RE:   DAS-13-01849     STATE OF TEXAS vs KIRT ALLEN ESTHAY

Dear Mr. Esthay,

I am in receipt of your recent correspondence regarding your request for copies. I returned the money order with a letter of explanation for obtaining the copies.

If you have questions, please contact our office.

Thank you.

Sincerely,

Phyllis F. Lovell
119th Judicial District Clerk
Concho County, Texas

Kirt Allen Esthay
T.D.C.J No. 1919078
3060 FM. 3514
Beaumont, TX 77705

Department of Justice          July 15, 2015
   Civil Rights divison
950 Pennsylvania Ave. ~~S.E.~~ NW
Washington, D.C. 20530


     The medical department went as
for as working orders from doctor's
for me, Plaintiff, while knowing full well
There was another spelling of his name
which other orders ~~were~~ were keep under,
    There still hasn't been anything done
about the issue at hand., Inmate 1919078,
can not get records, or should I say making
The department show there records, thats
what it's going to ~~take~~ take the courts.

                    Respectfully,
                    Kirt Allen ~~Esthay~~

**U.S. Department of Justice**
Civil Rights Division
*Disability Rights Section*

OMB No. 1190-0009

# Title II of the Americans with Disabilities Act
# Section 504 of the Rehabilitation Act of 1973
# Discrimination Complaint Form

Instructions: Please fill out this form completely, in black ink or type. Sign and return to the address on page 3.

Complainant: KirT Allen EsthaY   TDCJ No 1919078

Address: 3060 Fm. 3514

City, State and Zip Code: BeaumonT Tx 77705

Telephone: Home:

Business:

Person Discriminated Against:
(if other than the complainant)  ComPlainTnut D.O.B 68/10/1967
I.D.#~~77510~~ /4413307;  S.S.#No. 459/15/2898

Address: Same

City, State, and Zip Code: SAME

Telephone: Home:

Business:

Government, or organization, or institution which you believe has discriminated:

Agency or Court: Texas, Medical department, U.T.M.B

Contact Person: MarK BARBER A. / MarK W. Stiles Unit

Address: 3060 Fm 3514;

City, State, and Zip Code: BeaumonT, TX 77705

Telephone Number:

Date Filed: Jul 4 15

Do you intend to file with another agency or court?

Yes_____ No_____ /noTsure;

Agency or Court: U.S. Eastern district CourT

Address: 300 Willow St. Rm 104

City, State and Zip Code: Beaumont TX 77701-2217

Telephone Number:

Additional space for answers: Please, They obeY no law's other Then what work For them at the time. They seem to be above the law here in TexAS, Even the CourTs:

# NOTICE

## INMATE NOTARY PUBLIC SERVICE

Under both Federal Law (28 U.S.C. § 1746) and State Law (V.T.C.A. Civil Practice & Remedies Code, & 132.001-132.003), inmate incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration, verification, clarification, oath, or affidavit sworn before a Notary Public. An example of an unsworn declaration is as follows:

### Unsworn Declaration

I, Offender _KirT Allen EsthaY_, TDCJ Number _191978_ am presently incarcerated at the Mark W. Stiles Unit of the Texas Department of Criminal Justice in Jefferson County, Texas declare under penalty of perjury that the above is true and correct.

Signed on the __14__ day of __July__, 20 __15__.

_KirT Allen EsthaY_
Printed Name

_Kirt EsthaY_
Signature

Unsworn Declaration

Kirt Allen Esthay
TDCJ no. 1919078
3060 F.M. 3514
Beaumont, TX 77205

Clerk of the court
of criminal appeals
P.O. Box 12308 capitol station
Austin TX 78711

no. 03-14-00313-CR

Trial no. DAS-13-01849

Dear clerk,

Please file these motion's with the court with this letter as a receipt for the Appellant, Pro SE, motoin for compel & motion for filing fewer copys.

July 14, 2015:

Respectfully,
Kirt Allen Esthay